| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JOGINDER SINGH SIDHU, et al.,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendants.

Case No. 18-cv-05760-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 19, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 12, 2019.

DESIGNATION OF EXPERTS: July 26, 2019; REBUTTAL: August 9, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 6, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 20, 2019;
    Opp. Due: October 4, 2019; Reply Due: October 11, 2019;
    and set for hearing no later than October 25, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: November 19, 2019 at 3:30 PM.

JURY TRIAL DATE: December 2, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be n/a days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation sesson shall occur prior to 3/29/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/14/18

SUSAN ILLSTON
United States District Judge